USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MINT-X, LLC,

                Plaintiff,

      -against-                                14 Civ. 4813 (LAK)

ADVANTAGE WHOLESALE SUPPLY, LLC, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      This case is unsealed.

      SO ORDERED.

Dated:      July 17, 2014

                                        Lewis A. Kaplan
                            United States District Judge